UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL PERALES, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CASE NO. 3:21-cv-02061-B (BOYLE) |
| NATIONAL FLEET REPAIR SOLUTIONS, LLC, | § § § § | |
| Defendant. | § | |

**<u>PLAINTIFF'S AND DEFENDANT'S JOINT STIPULATION OF DISMISSAL</u>**

Plaintiff Michael Perales and Defendant National Fleet Repair Solutions, LLC's, pursuant to the Court's December 19, 2022 Electronic Order (Doc. 41), jointly stipulate that this matter has been fully and finally settled and all claims between them are dismissed, with each party to bear their own fees, legal expenses, and costs.

Respectfully Submitted,

_/S/ Megan Dixon_____
Megan Dixon
  State Bar No. 24079901
Clouse Brown PLLC
1201 Elm Street, Suite 5250
Dallas, TX 75270-2142
Telephone:  (214) 698-5100
Direct Dial:   (214) 744-0806
mdixon@clousebrown.com

ATTORNEYS FOR PLAINTIFF MICHAEL PERALES

AND

__/S/ A. Robert Lamb, Jr._____
A. Robert Lamb, Jr.
  State Bar No. 11795453
Law Office of A. Robert Lamb, Jr.
6860 N. Dallas Parkway, Suite 200
Plano, Texas  75024
972/381-2701 (Telephone)
rlamb@rlamblaw.com

ATTORNEYS FOR NATIONAL FLEET REPAIR SOLUTIONS, LLC, DEFENDANT

## Certificate of Service

The undersigned certifies that the foregoing Stipulation was served on the attorneys listed below, pursuant to and in accordance with the Federal Rules of Civil Procedure through the CM/ECF system, this  11th  day of January, 2023.

Megan Dixon
Clouse Brown PLLC
1201 Elm Street, Suite 5250
Dallas, TX 75270-2142
mdixon@clousebrown.com

                         */S/ A. Robert Lamb, Jr.*
                         A. Robert Lamb, Jr.